**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIE FRANK WHITEHEAD, JR.,

     Plaintiff,

v.                                                                          Case No. 8:14-cv-2330-T-36TGW

JUDGE ROGER ALCOTT, et al.,

     Defendants.

_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on September 22, 2014 (Doc. 4).  In the Report and Recommendation, Magistrate Judge Wilson recommends that the Plaintiff's complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.  The Plaintiff filed objections (Doc. 5) to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation of the Magistrate Judge, the Plaintiff's objections, and in conjunction with an independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects.  Plaintiff's objections are without merit.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

(3) Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) is **DENIED** as moot.

(4) The Clerk is directed to close this file.

**DONE and ORDERED** in Tampa, Florida on October 30, 2014.

Charlene Edwards Honeywell
United States District Judge

Copy to: *Pro Se* Plaintiff